RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 1 0 2004

KENNETH S. GARDNER, CLERK
PS REP. - FR

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| In re | Chapter 11 |
| KMART CORPORATION, et al., | Case No. 02 B 02474 |
| Debtor. | (Jointly Administered) |
|  | Honorable Susan Pierson Sonderby |
| KMART CORPORATION, |  |
| Plaintiff, | **04A02639** |
| v. | Adversary Case No. _____ |
| WASHINGTON INFORMER, | **COMPLAINT TO AVOID** |
| Defendant(s). | **TRANSFER OF PROPERTY** |
|  | **AND FOR RECOVERY** |
|  | **(Newspaper Vendors)** |

Plaintiff Kmart Corporation ("Kmart"), the reorganized debtor herein, brings this adversary Complaint severally against each of the Defendants named herein (the "Defendants"), stating as follows:

<u>VENUE AND JURISDICTION</u>

1.      Plaintiff is a Michigan corporation with its principal place of business in Troy, Michigan.  Kmart confirmed its First Amended Joint Plan of Reorganization, as modified (the "Plan") on April 23, 2003.  The Plan became effective on May 6, 2003.  Kmart possesses standing to bring this action pursuant to the terms of the Plan.

2.      This adversary proceeding is brought pursuant to, and under, Rule 7001 of the Federal Rules of Bankruptcy Procedure.  This Court has subject matter jurisdiction over this action pursuant to 11 U.S.C. §549 and §1142 and 28 U.S.C. § 1334 because it arises under the

PAID
30 802 69
MAY 1 0 2004
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
BY_____

EOD  JAN 27 2004

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

KMART CORPORATION, et al.,

      Debtor.

KMART CORPORATION,

      Plaintiff,

    v.

ABBEVILLE MERIDIONAL, ACTION
ADVERTISER, ADVERTISER GLEAM,
ADVOCATE MESSENGER COMPANY,
AFRICAN AMERICAN OBSERVER, AFRO
AMERICAN NEWSPAPERS ARCHIVES
AND RESEARCH CENTER, INC., AIKEN
COMMUNICATIONS, INC. dba AIKEN
STANDARD, ALAMANCE NEWS,
ALBANY HERALD PUBLISHING CO INC,
Albion Evening Recorder Inc. dba
MARSHALL CHRONICLE, ALLIANCE
PUBLISHING COMPANY, INC. dba THE
ALLIANCE TIMES HERALD, ALVIN SUN
ADVERTISER, AMES DAILY TRIBUNE-
TIMES COMPANY, INC., Annews
Corporation dba NEW YORK AMSTERDAM
NEWS, ANTELOPE VALLEY PRESS,
ARGUS OBSERVER, ARIZONA
INFORMANT PUBLISHING, INC.,
ARKANSAS DEMOCRAT GAZETTE, INC,
Ashland Publishing Corp dba DAILY PRESS,
ASP WESTWARD, L.P. dba PASADENA
CITIZEN, ASSOCIATED DESERT
NEWSPAPERS, INC., ATHENS NEWS
COURIER, AUBURN JOURNAL, INC.,
AUGUSTA FOCUS INC, B & W Ventures,
Inc dba PAGAS MAILING SERVICES,
BALL PUBLISHING COMPANY,

Chapter 11

Case No. 02 B 02474
(Jointly Administered)
Honorable Susan Pierson Sonderby

Adversary No. 04 A 00 0085

**COMPLAINT TO AVOID
TRANSFER OF PROPERTY
AND FOR RECOVERY**
(Newspaper Vendors)

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 2 6 2004

KENNETH S. GARDNER, CLERK
PS REP. - KS



BALTIMORE TIMES/TIMES OF
BALTIMORE, INC., BARTELSVILLE
EXAMINER ENTERPRISE, BASIN NICKEL
ADS, BATAVIA NEWSPAPERS
CORPORATION, Bay St Louis Newspapers,
Inc dba SEA COAST ECHO, BECKLEY
NEWSPAPERS INC, BELO CORP. dba
DENTON RECORD CHRONICLE, BENTON
COURIER, BERGEN RECORD,
BERKSHIRE EAGLE, Berner Bros Publishing
Co., Inc dba ANTIGO DAILY JOURNAL, BI
ADS INC, BIG BEAR AND THE GRIZZLY,
INCORPORATED, Big Sky Publishing Co.
dba BOZEMAN DAILY CHRONICLE,
BLACK HILLS PIONEER, BLACK VOICE
NEWS, Bliss Communications Inc dba
JANESVILLE GAZETTE, Bluefield
Telegraph Limited Partnership dba
BLUEFIELD DAILY TELEGRAPH, Boca
Raton Real Estate Holdings, Inc. dba BOCA
RATON NEWS, BOLIVAR COMMERCIAL,
Boone Newspapers dba LEADER
PUBLICATIONS, IRONTON TRIBUNE
CORP., NATCHEZ DEMOCARAT, RATON
RANGE, Austin Newspapers, Inc dba
AUSTIN DAILY HERALD, and
ANDALUSIA NEWSPAPERS, INC, Fergus
Falls Newspapers dba DAILY JOURNAL,
BOSTON HERALD, INC., BRADFORD
PUBLISHING COMPANY, Brown Publishing
Company dba REGISTER HERALD,
CIRCLEVILLE HERALD, WILMINGTON
NEWS JOURNAL, BUCKEYE PUBLISHING
CO, Buckner News Alliance dba
LEWISTOWN SENTINEL, Buckner News
Alliance Inc dba YORK NEWSPAPER
COMPANY, BUFFALO EVENING NEWS
INC, BUYERS GUIDE GROUP, BVI
BEACON, CADILLAC EVENING NEWS,
CAMDEN COUNTY TRIBUNE, INC.,
CAPITAL CITY PRESS, L.L.C., CAPITAL
GAZETTE NEWSPAPERS INC, CAPITAL
GAZETTE COMMUNICATIONS INC,
CAPITAL SPOTLIGHT MONCRIS INC,

CARO PUBLISHING CO, INC., CARTER
HUBBARD PUBLISHING CO INC,
CARTERET PUBLISHING CO INC,
CARTERSVILLE NEWSPAPERS INC,
CASA GRANDE VALLEY NEWSPAPERS
INC, CBA INDUSTRIES, CENTRAL
MAINE MORNING SENTINEL,
CENTRALIA DLY CHRONICLE,
CHAMPAIGN NEWS GAZETTE,
CHAMPION NEWSPAPER, CHARLESTON
NEWSPAPERS, CHATSWORTH TIMES,
CHATTANOOGA PUBLISHING CO,
CHESAPEAKE PUBLISHING CO,
CHESAPEAKE PUBLISHING CORP,
CHICAGO CITIZEN NEWSPAPERS,
CHICAGO CRUSADER, CHICAGO DAILY
DEFENDER, CHICAGO SUN TIMES INC,
CHRONICLE INDEPENDENT,
CHRONICLE TELEGRAM aka Elyria-Lorain
Broadcasting Company, CHRONOTYPE
PUBLISHING CO, CITIZEN VOICE aka
Scranton Voice LP, CITIZENS PUBLISHING
& PRINTING CO, Citizens Realty Company
dba SPOKESMAN REVIEW, CLARKSBURG
PUBLISHING CO, CLEVELAND LIFE,
Cleveland Newspapers Inc dba DAILY
MOUNTAIN EAGLE, CLEVELAND
NEWSPAPERS, INC. dba HERALD
CITIZEN and CLEVELAND DAILY
BANNER, CLINTON COURIER NEWS,
LLC, CLINTON DAILY NEWS COMPANY,
COLUMBIA BASIN HERALD,
COMMERCIAL DISPATCH AND
PUBLISHING COMPANY, INC,
COMMERCIAL NEWS, Commonwealth
Holdings of Kentucky LLC, dba RICHMOND
REGISTER, TIMES TRIBUNE, DAILY
NEWS, THE SENTINEL ECHO and
COMMONWEALTH JOURNAL INC,,
COMMUNITY NEWSPAPER HOLDINGS,
INC. dba CROSSVILLE CHRONICLE,
Community Newspaper Holdings, Inc. dba
GREENVILLE HERALD BANNER,
Community Newspaper Inc. dba ENID NEWS

AND EAGLE, Community Newspapers
Holdings, Inc. dba NORTH JEFFERSON
NEWS, COMMUNITY NEWSPAPERS INC,
AMERICAN PUBLISHING COMPANY OF
INDIANA dba GREENSBURG DAILY
NEWS, CHIEFTAIN & TOCCOA RECORD,
UNION RECORDER, Community
Newspapers, Incorporated dba MERIDIAN
STAR, COMMUNITY SHOPPERS INC,
CONROE COURIER, Consolidated Publishing
Co dba ANNISTON STAR, CONSUMER
COMMUNICATION SERVICES INC, Cooke
Communications LLC dba KEY WEST
CITIZEN, CORNING DAILY OBSERVER,
INC., CORTLAND STANDARD PRINTING
COMPANY, Council Bluffs Nonpareil LLC
dba DAILY NONPAREIL, COUNTRY
MEDIA, INC. dba FARMER & RANCHER
EXCHANGE, COUNTRY NEWS PRESS,
COUNTY PRESS, COURIER EXPRESS aka
Bulletin Company, COURIER LIFE, INC.,
Courier Times Inc dba BUCKS COUNTY
COURIER TIMES, COVINGTON
NEWSPAPER COMPANY, INC., CRAIG
DAILY PRESS, CRESCENT
COMMUNICATIONS INC, CULLMAN
TIMES, D L PRINTING, DAILY
AMERICAN REPUBLIC, DAILY
GAZETTE, Daily Gazette Co., Inc. dba
GAZETTE NEWSPAPERS, DAILY
INDEPENDENT, DAILY ITEM aka Ottaway
Newspapers, Inc, DAILY JOURNAL, DAILY
JOURNAL CORP., DAILY NEWS, DAILY
NEWS, DAILY NEWS JOURNAL, DAILY
NEWS PUBLISHING CO, DAILY REVIEW
aka Towanda Printing Co, DAILY
SENTINEL, DAILY TELEGRAM, DAILY
TIMES, DAILY TIMES, Data Enterprises,
Inc. dba DATA NEWSWEEKLY,
DEFIANCE PUBLISHING CO, Denham
Springs Publishing Company, Inc. dba NEWS
LIVINGSTON PARISH, Dennis Waller
Communications, Inc. dba ALGONA
PUBLISHING CO, DFW COMMUNITY

NEWSPAPERS, INC, DICKSON SHOPPER,
DISPATCH CONSUMER SERVICES INC,
DISPATCH MORGAN HILL TIMES aka El
Dorado Newspapers, DOOR DIRECT, INC,
DOUGLAS ENTERPRISES, INC., DR
Partners dba HAWAII TRIBUNE HERALD
and WEST HAWAII TODAY, DUBIN
COURIER HERALD, DURANGO HERALD,
INC., DURANT DAILY DEMOCRAT,
EAGLE HERALD PUBLISHING, Eagle
Newspapers Inc dba D'ALLES CHRONICLE,
EAGLE PRINTING CO, EAGLE
PUBLICATIONS, INC, EAGLE TRIBUNE
PUBLISHING COMPANY, Eagle-Summit
Publishing Co. dba DAILY TIMES CALL,
Eastern Colorado Publishing Company dba
FORT MORGAN TIMES, EAU CLAIRE
PRESS COMPANY, EDINBURG DAILY
REVIEW, EDITORA PASO DEL NORTE
INC. dba DIARIO DE JUAREZ,
EFFINGHAM DAILY NEWS, EL DIA INC,
EL IMPARCIAL PUBLISHING CO INC, EL
TODO, ELIZABETHTON NEWSPAPERS
INC, ELK CITY NEWS aka The Elk City
Daily News Publishing Company, ELKHART
TRUTH, ELKO DAILY FREE PRESS,
ELWOOD CALL LEADER, ENTERPRISE,
ERIE TIMES NEWS FINANCE, EVENING
NEWS INC aka Community Newspaper
Holdings of Indiana LLC, EVENING POST
PUBLISHING COMPANY dba POST AND
COURIER, Examiner Publishing Company
dba EXAMINER, EXPRESS, FAIRBANKS
DAILY NEWS MINER, INC., FAIRBANKS
DAILY NEWS MINER, INC., Fairfield
Publishing Co dba DAILY REPUBLIC,
FAYETTEVILLE PUBLISHING COMPANY,
FINDLAY PUBLISHING COMPANY,
FLORIDA SUN PUBLICATIONS, INC.,
FORSYTH COUNTY NEWS, Fort Payne
Newspapers, Inc dba TIMES JOURNAL,
FORUM COMMUNICATIONS CO  dba
Jamestown Sun and Dickinson Press, Forum
Communications Company dba WEST

CENTRAL TRIBUNE, HASTINGS STAR
GAZETTE and ECHO PRESS, FORWARD
TIMES PUBLISHING CO. dba HOUSTON
FORWARD TIMES, Foster, George J. Co.,
Inc. dba FOSTERS DAILY DEMOCRAT,
FRANK MAYBORN ENTERPRISES, INC
DBA TEMPLE DAILY TELEGRAM,
KILEEN PUBLISHING CO., Frankfort
Publishing Co. dba FRANKFORT
PUBLISHING STATE JOURNAL, FREE
TIMES, FREEDOM ENC
COMMUNICATIONS (Kinston), FREEMAN
NEWSPAPERS INC, CITIZENS
PUBLISHING COMPANY OF WISCONSIN
INC, G & D, Inc., dba Horowitz Nespapers,
Inc. dba KING COUNTY JOURNAL,
Galveston Newspapers, Inc dba GALVESTON
DAILY NEWS, GAZETTE, Gazette
Communications, Inc. dba CEDAR RAPIDS
GAZETTE, Georgetown Newspapers, Inc. dba
GEORGETOWN NEWS GRAPHIC, SCOTT
SHOPPER, GLASGOW PUBLISHING CO,
GLENDIVE RANGER REVIEW, GLOBE
SPECIALTY PRODUCTS, INC., GRAND
HAVEN PUBLISHING CORP, GRAND
RAPIDS HERALD REVIEW, Gray Television
Inc dba GWINNET DAILY POST, GREAT
BARRINGTON SHOPPERS GUIDE, Great
Northern Publishing Inc dba SANILAC
COUNTY NEWS, Greater Philadelphia dba
BURLINGTON COUNTY TIMES, South
Dade Newspapers Inc. dba SOUTH DADE
NEWS LEADER, HERALD STANDARD,
and BEAVER COUNTY TIMES, Greeley
Publishing Co. dba GREELEY DAILY
TRIBUNE, GREENEVILLE PUBLISHING
CO. dba GREENEVILLE SUN, GREER
CITIZEN, GUAM PUBLICATION PACIFIC
DAILY NEWS, Hagadone Corp dba COEUR
D ALENE PRESS, Hagadone Montana
Publishing LLC dba DAILY INTERLAKE,
Harris Enterprises, Inc. dba OLATHE DAILY
NEWS, HARRISON DAILY TIMES,
HAZARD SHOPPER STOPPER aka

Community Newspaper Holdings, Inc.,
HERALD & NEWS, Herald Association, Inc.
dba RUTLAND HERALD, HERALD
BULLETIN, HERALD COASTER, HERALD
DEMOCRAT, HERALD DISPATCH
PUBLISHING CO INC, HERALD
JOURNAL, HERALD PUBLISHING
COMPANY, HERALD TIMES INC,
HERALD TRIBUNE, Heritage Network
Incorporated, HI DESERT STAR, High Point
Enterprises aka THOMASVILLE TIMES,
HOMETOWN COMMUNICATIONS
NETWORK, INC., Hopewell Publishing Co.
dba HOPEWELL NEWS, Horizon California
Publications Inc dba MAMMOTH TIMES
WEEKLY, Horizon Ohio Publications Inc dba
EVENING LEADER, HOUSTON
DEFENDER NEWSPAPER, INC.,
HOUSTON INFORMER & TEXAS
FREEMAN, Huckle Publishing, Inc dba
FARIBAULT DAILY NEWS, HUDSON
CATSKILL NEWPAPERS, Huntington
Newspapers Inc dba HUNTINGTON
HERALD PRESS, Huron Publishing
Company, Inc. dba THE HURON DAILY
TRIBUNE, IDAHO PRESS TRIBUNE, INC.,
IDAHO STATE JOURNAL, INC., Illinois
Freedom Newspapers, Inc. dba
JACKSONVILLE JOURNAL COURIER CO,
IMPACT OF HATTIESBURG BUCKLEY
NEWS, INDEPENDENT OF DELMARUA,
INDEX JOURNAL CO, INDIANA
GAZETTE aka Indiana Publishing & Printing
Co., Indianola Publishing Company dba
DELTA DEMOCRAT TIMES,
INTELLIGENCER RECORD aka Calkins
Media, Inc., ISLAND SUN NEWSPAPER, J
Ad Graphics, Inc dba HASTINGS
REMINDER, JACKSONVILLE FREE
PRESS, Jackvonsillve DAILY NEWS Co,
JAIME G ARIAS, JEFFERSON COUNTY
REPORTER-ADVERTISER, INC.,
JOHNSON CITY PUBLISHING
CORPORATION dba JOHNSON CITY

PRESS CHRONICLE, Johnson Newspaper
Corporation dba MALONE EVENING
TELEGRAM, Jones Media Inc dba
WATAUGA DEMOCRAT, Journal
Communications, Inc. dba JOURNAL
WORLD, JOURNAL SENTINEL INC,
JOURNAL STANDARD, KEARNEY HUB,
KEENE PUBLISHING CORPORATION,
KENTON TIMES aka Barnes, Ray Newspaper.
Inc., KENTUCKY NEW ERA,
INCORPORATED, Keynoter Publishing
Company, Inc.dba FLORIDA KEYS
KEYNOTER, King Media Enterprises, Inc.
dba CALL AND POST, KINGSPORT
PUBLISHING CORPORATION, LA
GRANGE DAILY NEWS aka Mid-South
Management Co., Inc., LA PERLA DEL
SUR, INC, LA PORTE HERALD ARGUS,
LA SEMANA, LAFOURCHE GAZETTE,
INC., LAKELAND NEWSPAPERS aka
Lakeland Publishers, Inc., LAKESHORE
NEWSPAPERS LLC  aka Conley Publishing
Group Ltd, LAKEWAY PUBLISHERS, INC.
dba TULLAHOMA NEWS and CITIZEN
TRIBUNE, LANCASTER NEWSPAPERS
INC, LARAMIE NEWSPAPERS INC, LAS
VEGAS REVIEW JOURNAL, LATROBE
PRINTING AND PUBLISHING CO DBA
LATROBE BULLETIN, LAURINBURG
EXCHANGE, LAWRENCE COUNTY
ADVOCATE, INC., LAWTON
PUBLISHING COMPANY INC, LEADER,
LEADER PUBLISHING INC, LEBANON
DAILY NEWS  aka Media Newsgroup Inc,
LEBANON PUBLISHING COMPANY, INC.
dba LEBANON DEMOCRAT, Lee
Publications, Inc dba SENTINEL, Lee
Publications, Inc. dba CASPER STAR
TRIBUNE, NORTH COUNTY TIMES, Lee
Publications, Inc. dba TIMES AND
DEMOCRAT, Leesburg Newspapers, Inc. dba
DAILY COMMERCIAL, Lehman
Communications Corporation dba DAILY
REPORTER HERALD, Lewiston Daily Sun

dba SUN JOURNAL, Liberty Advertising,
Inc., Liberty Group Lousiana Holdings, Inc.,
Liberty Publishing, Inc. dba DAILY REVIEW
ATLAS, LEAVENWORTH NEWS, DAILY
REPORTER, DAILY LEADER, NEWS
LEADER, INC, DAILY LEDGER,
PALLADIUM TIMES, DAILY TIMES,
EVENING TIMES, SENTINEL STANDARD,
DAILY MIDWAY DRILLER, DAILY
JOURNAL, MACOMB JOURNAL-
EVENING BUSINESS NEWS, EVENING
TELEGRAM, RECORD HERALD
PUBLISHING CO, C193KANSAS CITY
KANSAN, DAILY TELEGRAM (aka Ace
Drill Corporation of Adrian MI),
HARRISBURG DAILY REGISTER, THE
ASCENSION CITIZEN, INC., WAYNE
INDEPENDENT, and EVENING TRIBUNE
and Mid-America Publishing Company dba
CHARLES CITY PRESS, Liberty Group
Iowa-Holdings, inc. dba THE OTTUMWA
COURIER, APC Missouri Holdings, Inc. dba
ROLLA DAILEY NEWS, LODI NEWS
SENTINEL, LOG CABIN DEMOCRAT,
LLC, LONE STAR NEWS GROUP, LOS
ANGELES SENTINEL, INC., LOS
ANGELES TIMES INTERNATIONAL,
LTD., Lozano Enterprises dba LA OPINION,
MACON COURIER, INC., MAIL
MARKETING SYSTEMS, INC., MAIN
STREET NEWSPAPERS, INC,
MANCHESTER NEWSPAPERS, INC.,
MANNEY'S SHOPPER INC, MASSILLON
INDEPENDENT, MAYSVILLE
NEWSPAPERS, INC., MEDIA GENERAL N
CAROLINA COMMUNITY, MESABI
PUBLISHING COMPANY, MESSENGER
POST NEWSPAPERS, Metropolitan
Newspaper Corp dba GREEN BAY NEWS
CHRONICLE, MIAMI TIMES, INC.,
MIDDLESBORO DAILY NEWS aka
Community Newspaper Holdings, Inc., Mid-
Iowa Newspaper Group, Inc. dba ATLANTIC
NEWS TELEGRAPH, Midland Publishing

Company, Inc. dba MIDLAND DAILY
NEWS, Mid-States Newspapers, Inc dba
DAILY ITEM, MIDWEST SUBURBAN
PUBLISHING, INC., MILTON
NEWSPAPERS INC., MINIPAPER BUYERS
GUIDE, MINORITY COMMUNICATOR aka
THE MINORITY COMMUNICATOR
TIMES, MITCHELL DAILY REPUBLIC,
MOLINE DISPATCH PUBLISHING CO,
Monroe Publishing Company dba THE
MONROE EVENING NEWS,
MONTICELLO TIMES INC, Morgan Cable
TV Inc dba DECATUR DAILY, MORNING
NEWS, MORNING SENTINEL, MORNING
STAR PUBLISHING CO, Morning Star
Publishing Company dba BUYERS GUIDE,
Mother Lode Printing & Publishing Co., Inc.
dba MOUNTAIN DEMOCRAT AND TIMES,
MOUNT AIRY NEWSPAPERS INC,
MOUNTAINEER, MOUNTAINEER
PUBLISHING CO INC, MT VERNON
REGISTER NEWS, N DIGO, NASHVILLE
PRIDE, NATIONAL MAIL IT INC, Neighbor
Newspapers, Inc. dba MARIETTA DAILY
JOURNAL, Nespaper Holdings Inc dba
MEADVILLE TRIBUNE, Nevada County
Publishing Co dba UNION, New England
Newspapers Inc dba BRATTLEBORO
REFORMER, New Regine Press, Inc. dba
MOLOKAI DISPATCH, NEWS &
OBSERVER, NEWS BANNER
PUBLICATIONS, INC., NEWS CHIEF
PUBLISHING GROUP, NEWS DAILY,
NEWS HERALD, NEWS JOURNAL
CORPORATION, NEWS MEDIA
CORPORATION dba PLAINSMAN,
BROOKINGS DAILY REGISTER, NEWS
PUBLISHING COMPANY INC, NEWS
REPORTER CO INC, NEWS TIMES PUBL
CO, NEWS TRIBUNE, NEWS TRIBUNE
COMPANY, NEWS WEST PUBLISHING,
INC., NEWSPAPER AGENCY CORP (Salt
Lake Tribune), Newspaper Holdings Inc dba
ROBESONIAN, Newspaper Holdings Inc dba

SAMPSON INDEPENDENT, Newspaper
Holdings Inc dba STANLY NEWS & PRESS,
Newspaper Holdings Inc dba TIMES WEST
VIRGINIAN, Newspaper Holdings, Inc dba
DAILY SOUTHERNER, NEWSPAPER
HOLDINGS, INC. dba SAN MARCOS
DAILY RECORD, ORANGE LEADER,
GAINESVILLE DAILY REGISTER,
CORSICANNA DAILY SUN, Newspapers
Holding, Inc. dba PORT ARTHUR NEWS,
Newspapers of New Hampshire, Inc. dba
CONCORD MONITOR, VALLEY NEWS
and MONADNOCK LEDGER, NORTH
GEORGIA NEWSPAPER GROUP, INC.,
NORTH STAR PUBLISHING CO, INC.,
NORTHEAST PUBLISHING CO, Northwest
Indiana Newspapers Inc dba PHAROS
TRIBUNE, NORWALK REFLECTOR aka
Herald Reflector Inc, NW ARKANSAS
DEMOCRAT GAZETTE, NYP Holdings, Inc.
dba NEW YORK POST, NYT SANTA
BARBARA NEWS PRESS, INC., OGDEN
PUBLISHING CORPORATION, OLEAN
TIMES HERALD, OMAHA WORLD
HERALD COMPANY, OSTEEN
PUBLISHING COMPANY, Pacific Sierra
Publishing, Inc. dba SIGNAL, Paddock
Publications, Inc. dba DAILY HERALD
PADDOCK, PAN AMERICAN
ADVERTISING, PARADISE POST, INC.,
Park County News Inc dba LIVINGSTON
ENTERPRISE, Parsons Publishing Company
dba PARSONS SUN, PATRIOT LEDGER aka
Enterprise News Media LLC, Paxton Media
Group, Inc., PMG Acquisition LLC, SEARCY
NEWSPAPERS INC, WABASH PLAIN
DEALER COMPANY, INC., PERU DAILY
TRIBUNE PUBLISHING COMPANY, INC.,
CONNERSVILLE NEWS EXAMINER,
ENQUIRER JOURNAL, NEWS DISPATCH,
FOREST CITY PUBLISHING COMPANY,
COURIER DEMOCRAT, SANFORD
HERALD INC, MOUNTAIN PRESS,
GRIFFIN DAILY NEWS, PADUCAH SUN,

MESSENGER INQUIRER INC.,
NEWSPAPERS OF WEST GEORGIA, HIGH
POINT ENTERPRISE INC, and DAILY
CORINTHIAN, Pend Oreille Printers, Inc dba
BONNER COUNTY DAILY BEE, PERRY
NEWSPAPERS, INC., PHILADELPHIA
NEW OBSERVER INC, PHILADELPHIA
TRIBUNE CO, INC, PILOT NEWS aka
Community Newspaper Holdings of Indiana
LLC, PINE BLUFF COMMERCIAL,
PIONEER, Pioneer Newspapers, Inc dba
HERALD JOURNAL, Pioneer Printing
Company, Inc dba KETCHIKAN DAILY
NEWS, PMG Acquisition LLC dba NEWS
TOPIC, POST ATHENIAN COMPANY LLC
dba DAILY POST ATHENIAN, POST
BULLETIN COMPANY, POST
NEWSPAPER GROUP INC., Post Publishing
Co dba SALISBURY POST, POST STAR,
POST TRIBUNE (Gary, IN), POTTSVILLE
REPUBLICAN aka JH Zerbey Newspapers
Inc, PRECINCT REPORTER NEWSPAPER,
INC., Prensamerica Corporation dba LA
RAZA NEWSPAPER, PRESS &
STANDARD INC, PRESS ENTERPRISE
COMPANY, PRESS ENTERPRISE INC,
PRESS SENTINEL, PRIME PUBLISHERS
INC, PRIMERA HORA, PRINCETON
PUBLISHING INC, PROGRESS INDEX aka
The Scranton Times LP, PROGRESSIVE
COMMUNICATIONS CORP,
PROMOCIONES COQUI aka Clubhouse
Developers Corp, PROVIDENCE JOURNAL
CO, Pulitzer Community Newspapers, Inc dba
LOMPAC RECORD, QUALITY FOR SALE,
Quincy Newspapers, Inc. dba QUINCY
HERALD WHIG, Randall Family LLC dba
THE FREDERICK NEWS POST, RAPID
PUBLISHING INC, REACH CHICAGO,
READING EAGLE COMPANY, RECORD
HERALD, RECORD JOURNAL, RECORD
PUBLISHING CO, REED PRINT INC, Reed
Print, Inc dba DELANO RECORD,
REGISTER GUARD aka Guard Publishing

Company, REGISTER PAJARONIAN,
REGISTER REVIEW PUBLISHING CO,
REPORTER, Reporter Publishing Company,
Inc. dba INDEPENDENCE DAILY
REPORTER, REPORTER TIMES INC,
REPOSITORY, REPUBLIC, REPUBLICAN
EAGLE, REVIEW APPEAL, RIVER
PUBLISHERS, INC. dba WHARTON
JOURNAL SPECTATOR, RIVERTON
RANGER, ROCK SPRINGS NEWSPAPERS
INC, ROCKDALE CITIZEN,
ROCKINGHAM PUBLISHING COMPANY,
INC. DBA DAILY NEWS RECORD,
Rockman Communications Inc dba TRI
COUNTY TIMES, ROGERSVILLE
REVIEW, ROME SENTINEL COMPANY,
ROSWELL DAILY RECORD, INC., Rueb
Willams & Sons, Inc aka WARSAW TIMES
UNION, RUSSELL COUNTY
NEWSPAPERS, INC., Rust Publishing ID,
LLC dba MOUNTAIN HOME NEWS,
RUSTON NEWSPAPERS, INC., SALINA
JOURNAL INC., SAN FRANCISCO
EXAMINER, SAN FRANCISCO
NEWSPAPER AGENCY, SAN JUAN STAR
CO, SANDUSKY NEWSPAPERS INC,
SANTA MARIA TIMES, INC., SAPULPA
DAILY HERALD aka Community
Newspaper, Inc., SCOTTSBLUFF
PUBLISHING COMPANY, INC. dba STAR
HERALD, SCRANTON TIMES LP,
SEATTLE MEDIUM, SEAWAVE
CORPORATION, SENTINEL, SENTINEL
RECORD INC, SHELBYVILLE
PUBLISHING COMPANY, INC. dba
SHELBYVILLE TIMES GAZETTE,
SHENANDOAH PUBLISHING HOUSE,
INC. DBA NORTHERN VIRGINIA DAILY,
Sheridan Newspapers Incorporated dba
SHERIDAN PRESS, SIDNEY DAILY NEWS
aka Amos Press, Inc, Skagit Valley Publishing
Co. dba SKAGIT VALLEY HERALD, Snyder
Communications, Inc. dba PENNYSAVER,
SOUND PUBLISHING INC, SOUTH BEND

TRIBUNE CORP, SOUTH CAROLINA
BLACK MEDIA GROUP, SOUTH
GEORGIA MEDIA GROUP, SOUTH IDAHO
PRESS, SOUTH JERSEY PUBLISHING
PRESS, Southeaster Indiana Publishing Co dba
RUSHVILLE REPUBLICAN, Southeastern
Newspapers Companies LLC dba  AUGUSTA
CHRONICLE, SOUTHERN LAKES MEDIA,
SOUTHERN MARYLAND, SOUTHERN
MARYLAND NEWSPAPERS, Southern
Newspapers dba TEXAS CITY SUN,
KERRVILLE DAILY TIMES, NEW
BRAUNFELS HERALD & ZEITUNG,
PARIS NEWS, SEGUIN GAZETTE
ENTERPRISES, BAYTOWN SUN, DEL RIO
NEWS HERALD, and Southern Newspapers
of Alabama, Inc., dba SAND MOUNTAIN
REPORTER, and SCOTTSBORO
NEWSPAPERS INC, Southwest Publishers
LLC dba SOUTHWEST TIMES, ST CROIX
DAILY aka Brodhurst Printery Inc, ST
THOMAS DAILY aka Daily News Publishing
Co, STANDARD JOURNAL NEWSPAPERS
aka Standard Journal, Inc, STAR,
STEAMBOAT PILOT, STEPHENS GROUP,
INC. dba DAILY HERALD, STONEBRIDGE
PRESS INC, STURGIS DAILY JOURNAL,
SUBURBAN STRATEGIC MKTG GROUP,
SUN CHRONICLE, Sun Coast Media Group,
Inc. VENICE GONDOLIER, Sun Publishing
Corporation dba HOBBS DAILY NEWS SUN,
SUN REPORTER  PUBLISHING
COMPANY, INC., SUNDAY DISPATCH,
SVCN, INC., SWEETWATER REPORTER,
Swift Newspapers Inc dba NEVADA
APPEAL, TARGET MARKETING MAINE
INC, TEHACHAPI NEWS, TELEGRAPH
PUBLISHING CO, TEXARKANA
NEWSPAPERS, INC, The American
Publishing Corporation dba DIARIO LAS
AMERICAS, THE ARGUS PRESS
COMPANY, THE ATASCADERO NEWS,
THE ATLANTA VOICE NEWSPAPERS,
INC. The B.F. Shaw Printing Company dba

SAUK VALLEY NEWSPAPERS, THE
BAINBRIDGE POST SEARCHLIGHT, INC.,
THE BAKERSFIELD CALIFORNIAN, The
Bangor Publishing Company dba BANGOR
DAILY NEWS, THE BRYAN PUBLISHING
COMPANY, THE BURLINGTON HAWK
EYE COMPANY, THE CHARLOTTE POST
PUBLISHING COMPANY, INC., The
Coffeyville Publishing Co. dba
COFFEYVILLE JOURNAL, The Columbian
Publishing Company dba COLUMBIAN, THE
COVINGTON VIRGINIAN, INC. dba
VIRGINIAN REVIEW, The Daily Herald
Company dba EVERETT HERALD, THE
DALLAS WEEKLY, INC. dba WEEKLY
FREE PRESS, THE DECATUR
PUBLISHING CO INC, THE DEMOCRAT
COMPANY, The Dispatch Printing Company
dba COLUMBUS DISPATCH, The Durham
Herald Co dba HERALD AND SUN
PAPERS, THE EDWARD A. SHERMAN
PUBLISHING CO. dbaNEWPORT DAILY
NEWS, THE FINGER LAKES PRINTING
COMPANY, INC dba FINGER LAKES
TIMES, THE FREE-LANCE STAR
PUBLISHING CO. OF FREDERICKSBURG,
VA, THE GONZALES WEEKLY INC, THE
HERALD MAIL COMPANY, THE HERALD
PALLADIUM, THE HILLSBORO
PUBLISHING COMPANY, THE
HUTCHINSON LEADER, INC., The
Hutchinson Publishing Company dba
HUTCHINSON NEWS, THE
JEFFERSONIAN COMPANY, THE LAKE
CHARLES AMERICAN PRESS, L.L.C.,
THE MARTINSVILLE BULLETIN, INC,
The Messenger Publishing Company dba
ATHENS MESSENGER, THE MICHIGAN
CHRONICLE PUBLISHING COMPANY,
THE MICHIGAN FRONT PAGE, LLC, THE
NEW MEXICAN, INC., THE NEWNAN
TIMES-HERALD, INC, The News Record,
Inc dba NEWS RECORD, THE NEWTON
KANSAN, LLC, THE NORTON PRESS,

INC, The Ohio Valley Publishing Company
dba POINT PLEASANT REGISTER,
GALLIPOLIS DAILY TRIBUNE, The
Oklahoma Publishing Co dba DAILY
OKLAHOMAN, The Pioneer Group, Inc. dba
BIG RAPIDS PIONEER, THE
PORTSMOUTH PUBLISHING COMPANY,
INC, The Post Company dba POST
REGISTER, The Ragan Company DBA THE
PILOT, THE RECORDER, LLC, The Seaton
Publishing Co. dba MANHATTAN
MERCURY, THE SEATON PUBLISHING
COMPANY dba HASTINGS DAILY
TRIBUNE, THE SENTINEL COMPANY,
THE SKANNER NEWSPAPER AKA IMM
Publications Inc., The Standard Printing
Company dba DAILY STANDARD, The Star-
Journal Publishing Corporation dba PUEBLO
CHIEFTAIN, THE T.B. BUTLER
PUBLISHING COMPANY, INC. dba TYLER
MORNING TELEGRAPH, THE TOLEDO
BLADE COMPANY, The Washington News
Publishing Company dba WASHINGTON
DAILY NEWS, The Weatherford News Inc
dba WEATHERFORD DAILY NEWS, THE
WILSON DAILY TIMES, INC, The
WINCHESTER SUN Company, THECODY
ENTERPRISE, LIMITED PARTNERSHIP,
THIEF RIVER FALLS TIMES, INC.,
Thomson Newspaper Publishing Company,
Inc. dba SOUTHEAST MISSOURIAN,
Thomson Newspapers Inc dba NEW CASTLE
NEWS, Thomson Newspapers Inc. dba
OELWEIN DAILY REGISTER, STAR
BEACON, KOKOMO TRIBUNE, and DAILY
GLOBE, TIMES, TIMES AND NEWS,
TIMES AND NEWS PUBLISHING CO,
TIMES COMMUNITY dba KETTERING
OAKWOOD TIMES aka The Brown
Publishing Co., TIMES GAINSVILLE,
TIMES MAIL, TIMES NEWS aka Pencor
Services Inc, TIMES PRESS, Times Printing
Co dba COASTLAND TIMES, TOOELE
TRANSCRIPT BULLETIN aka TOOELE

TRANSCRIPT-BULLETIN BENEFIT FUND,
TOWN & COUNTRY SHOPPER,
TRANSYLVANIA TIMES, TRI LAKES
NEWSPAPER INC, TRIBUNE, TRIBUNE
DEMOCRAT, Tribune Publishing Company
dba COLUMBIA DAILY TRIBUNE, Tribune
Publishing Company dba LEWISTON
MORNING TRIBUNE, TRIBUNE REVIEW
PUBLISHING CO, TRIBUNE STAR
PUBLISHING CO, INC, TROY DAILY
NEWS, INC, U.S. Media Group dba
LEDGER DISPATCH, UNION LEADER
CORPORATION, United Communications,
Corp. dba KENOSHA NEWS, United
Publishing Co., Inc. dba ENNIS DAILY
NEWS, VALLEY COURIER aka Alamosa
Newspapers Inc, Valley Newspapers Inc, dba
ARTESIA DAILY PRESS, VALLEY
PUBLISHING, INC., VENANGO
NEWSPAPERS INC, Verstovia Corporation
dba DAILY SITKA SENTINEL &
ARROWHEAD, VINDICATOR PRINTING
CO, VIRGINIA GAZETTE COMPANIES
LLC, VOICE NEWSPAPER, WABASH
VALLEY NEWSPAPER GROUP,
WASHINGTON BALTIMORE SUBURBAN
PRESS NETWORK, WASHINGTON
INFORMER, WATERBURY REPUBLICAN
INCORPORATED, WATERLOO COURIER,
INC., WATERTOWN DAILY TIMES aka
Times Publishing Co, WATERTOWN
PUBLIC OPINION, WAXAHACHIE
NEWSPAPERS, INC., WAYNE MEDIA
GROUP INC, Wayne Printing Co., Inc dba
GOLDSBORO NEWS ARGUS, Welch
Publishing Co dba WELCH DAILY NEWS
INC, WEST VIRGINIA DAILY NEWS, West
Virginia Newspaper Publishing Co. dba
DOMINION POST, Western Newspapers, Inc.
dba NAVAHO HOPI OBSERVER,
WESTFIELD EVENING NEWS, WHITE
MOUNTAIN PUBLISHING CO, Wick
Communications Co dba ROANOKE RAPIDS
HERALD, Wick Communications dba

EASTERN ARIZONA COURIER, Wick
Communications, Inc. DAILY IBERIAN,
Wicks Communication Co. dba SIDNEY
HERALD LEADER, WILLIAMSON DAILY
NEWS, Woodward Communications Inc dba
WOODWARD PRINTING SERVICES,
Woodward Communications, Inc. dba
TELEGRAPH HERALD, WOOSTER DAILY
RECORD, INC, WORCESTER TELEGRAM
& GAZETTE, INC., World Companies, Inc.
dba STOCKTON RECORD, World Publishing
Co. dba WENATCHEE WORLD, World
Publishing Company dba TULSA WORLD,
WPNC, WYOMING TRIBUNE EAGLE,
YANKTON DAILY PRESS & DAKOTAN,
YAZOO CITY HERALD, INC.,

Defendants.

Plaintiff Kmart Corporation ("Kmart"), the reorganized debtor herein, brings this

adversary Complaint severally against each of the Defendants named herein (the

"Defendants"), stating as follows:

## VENUE AND JURISDICTION

1.   Plaintiff is a Michigan corporation with its principal place of business in Troy,

Michigan.  Kmart confirmed its First Amended Joint Plan of Reorganization, as modified (the

"Plan") on April 23, 2003.  The Plan became effective on May 6, 2003.  Kmart possesses

standing to bring this action pursuant to the terms of the Plan.

2.   This adversary proceeding is brought pursuant to, and under, Rule 7001 of the

Federal Rules of Bankruptcy Procedure.  This Court has subject matter jurisdiction over this

action pursuant to 11 U.S.C. §549 and §1142 and 28 U.S.C. § 1334 because it arises under the

United States Bankruptcy Code ("Bankruptcy Code") and is related to the above-captioned

case. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.   Venue is proper in this District pursuant to 28 U.S.C. § 1409(a).

## GENERAL ALLEGATIONS

4.   On January 22, 2002, Kmart and certain of its domestic subsidiaries and

affiliates, debtors and debtors-in-possession filed a voluntary petition for reorganization

pursuant to Chapter 11 of the Bankruptcy Code. On January 25, 2002, this Court authorized

the payment of prepetition claims to certain critical trade vendors, including the Defendant

("January 25, 2002 Order"). Pursuant to that authorization, Kmart paid to each Defendant the

amount set forth next to the Defendant's name on Exhibit A hereto (the "Payment(s)").

5.   Capital Factors, Inc., a factoring agent for a number of Kmart's apparel

suppliers holding millions of dollars in unsecured claims against the bankruptcy estate,

appealed the January 25, 2002 Order to the District Court. On April 10, 2003, the District

Court reversed this Court, finding that payments for prepetition claims such as those enabled

by the January 25, 2002 Order, "simply are not authorized by the Bankruptcy Code." *Capital

Factors, Inc. v. Kmart Corporation,* 291 B.R. 818, 823 (N.D. Ill. 2003). The ruling of the

District Court is on appeal to the Seventh Circuit Court of Appeals.

6.   Kmart informed the District Court that, by the time of the appeal, it had already

made disbursements to critical vendors such as the Defendant. The District Court nonetheless

held that "it is not too late to order that the monies be returned." *Capital Factors,* 291 B.R. at

824. In furtherance of that ruling, Kmart now seeks avoidance and recovery of its prepetition

payment to the Defendant.

## COUNT I

### (For Avoidance and Recovery Pursuant to 11 U.S.C. §§ 549, 550)

7.   Kmart hereby realleges and incorporates by reference paragraphs 1 through 6 above as though fully set forth at length.

8.   Kmart transferred money to each of the Defendants after the January 22, 2002 commencement of these bankruptcy proceedings.

9.   Pursuant to the decision of the District Court more fully described above, each Payment constitutes an unauthorized postpetition transfer of property of Kmart's estate. Accordingly, the Payments are avoidable pursuant to 11 U.S.C. § 549 and Kmart may recover the Payments pursuant to 11 U.S.C. § 550.

WHEREFORE, Kmart requests that the Court enter judgment:  (1) avoiding the above-described transfers pursuant to 11 U.S.C. § 549; (2) granting Kmart a judgment against each Defendant pursuant to 11 U.S.C. § 550 for the full amount of the Payment received by the respective Defendant, with lawful pre- and post-judgment interest and costs; and (3) granting such other and further relief, at law or in equity, as appropriate under the circumstances.

## COUNT II

### (For Avoidance and Recovery Pursuant to 11 U.S.C. §105)

10.   Kmart hereby realleges and incorporates by reference paragraphs 1 through 9 above as though fully set forth at length.

11.   11 U.S.C. § 105 provides this Court with the power to enter any order that is "necessary or appropriate to carry out the provisions of this title." Since the January 25 Order has been reversed, it would be contrary to the Bankruptcy Code and inequitable for Defendant

to be permitted to retain the Payment and thereby be paid in full on its pre-petition claim when all other unsecured creditors were not paid in full.

WHEREFORE, Kmart requests that the Court enter judgment: (1) avoiding the above-described transfers pursuant to 11 U.S.C. § 105; (2) granting Kmart a judgment against each Defendant for the full amount of the Payment received by the respective Defendant, with lawful pre- and post-judgment interest and costs; and (3) granting such other and further relief, at law or in equity, as is appropriate under the circumstances.

DATED:      January 22, 2004.

KMART CORPORATION

By _William J. Barrett_____
   One of its attorneys

William J. Barrett (6206424)
Barack Ferrazzano Kirschbaum
  Perlman & Nagelberg LLC
333 West Wacker Dr., Suite 2700
Chicago, IL 60606
(P)    312.629.5170
(F)    312.984.3150
(E)    william.barrett@bfkpn.com

| EXHIBIT A | |
|---|---|
| Defendant | Amount |
| ABBEVILLE MERIDIONAL | 2,511.91 |
| ACTION ADVERTISER | 15,231.30 |
| ADVERTISER GLEAM | 14,070.45 |
| ADVOCATE MESSENGER COMPANY | 13,367.20 |
| AFRICAN AMERICAN OBSERVER | 6,406.40 |
| AFRO AMERICAN NEWSPAPERS ARCHIVES AND RESEARCH CENTER, INC. | 9,338.70 |
| AIKEN COMMUNICATIONS, INC. dba AIKEN STANDARD | 15,314.15 |
| ALAMANCE NEWS | 1,376.50 |
| ALBANY HERALD PUBLISHING CO INC | 32,857.49 |
| Albion Evening Recorder Inc. dba MARSHALL CHRONICLE | 4,263.00 |
| ALLIANCE PUBLISHING COMPANY, INC. dba THE ALLIANCE TIMES HERALD | 6,513.50 |
| ALVIN SUN ADVERTISER | 8,732.80 |
| AMES DAILY TRIBUNE-TIMES COMPANY, INC. | 9,213.00 |
| Annews Corporation dba NEW YORK AMSTERDAM NEWS | 7,885.50 |
| ANTELOPE VALLEY PRESS | 47,908.54 |
| ANTIGO DAILY JOURNAL | 8,085.91 |
| ARGUS OBSERVER | 11,002.20 |
| ARIZONA INFORMANT PUBLISHING, INC. | 2,900.00 |
| ARKANSAS DEMOCRAT GAZETTE, INC | 319,946.01 |
| ASP WESTWARD, L.P. dba PASADENA CITIZEN | 6,725.50 |
| ASSOCIATED DESERT NEWSPAPERS, INC. | 18,984.30 |
| ATHENS NEWS COURIER | 9,557.90 |
| AUBURN JOURNAL, INC. | 9,941.40 |
| AUGUSTA FOCUS INC | 4,090.00 |
| BALL PUBLISHING COMPANY | 9,758.90 |
| BALTIMORE TIMES/TIMES OF BALTIMORE, INC. | 6,177.50 |
| BARTELSVILLE EXAMINER ENTERPRISE | 17,250.50 |
| BASIN NICKEL ADS | 22,350.00 |
| BATAVIA NEWSPAPERS CORPORATION | 11,543.73 |
| Bay St Louis Newspapers, Inc dba SEA COAST ECHO | 2,068.47 |
| BECKLEY NEWSPAPERS INC | 92,874.50 |
| BELO CORP. dba DENTON RECORD CHRONICLE | 14,561.13 |
| BENTON COURIER | 2,952.00 |
| BERGEN RECORD | 92,006.54 |
| BERKSHIRE EAGLE | 33,083.43 |
| BI ADS INC. | 2,898.00 |
| BIG BEAR AND THE GRIZZLY, INCORPORATED | 9,082.85 |
| Big Sky Publishing Co. dba BOZEMAN DAILY CHRONICLE | 10,712.22 |
| BLACK HILLS PIONEER | 77,340.15 |
| BLACK VOICE NEWS | 2,730.00 |
| Bluefield Telegraph Limited Partnership dba BLUEFIELD DAILY TELEGRAPH | 30,835.99 |
| Boca Raton Real Estate Holdings, Inc. dba BOCA RATON NEWS | 6,559.15 |
| BOLIVAR COMMERCIAL | 8,469.30 |
| Boone Newspapers dba LEADER PUBLICATIONS, IRONTON TRIBUNE CORP., NATCHEZ DEMOCARAT, RATON RANGE, Austin Newspapers, Inc dba AUSTIN DAILY HERALD, and ANDALUSIA NEWSPAPERS, INC, Fergus Falls Newspapers dba DAILY JOURNAL | 74,838.53 |
| BOSTON HERALD, INC. | 83,340.53 |
| BRADFORD ERA | 11,522.50 |
| BRATTLEBORO REFORMER | 4,311.55 |
| Brown Publishing Company dba REGISTER HERALD, CIRCLEVILLE HERALD, WILMINGTON NEWS JOURNAL | 31,608.94 |
| BUCKEYE PUBLISHING CO | 43,712.95 |
| BUCKS COUNTY COURIER TIMES | 12,218.96 |
| BUFFALO EVENING NEWS INC | 298,166.15 |
| BUYERS GUIDE GROUP | 58,793.88 |
| BVI BEACON | 3,613.00 |
| CADILLAC EVENING NEWS | 25,073.85 |
| CAMDEN COUNTY TRIBUNE, INC. | 2,282.00 |
| CAPITAL CITY PRESS, L.L.C. | 253,919.51 |
| CAPITAL GAZETTE NEWSPAPERS INC, CAPITAL GAZETTE COMMUNICATIONS INC | 117,398.46 |
| CAPITAL SPOTLIGHT MONCRIS INC | 4,295.48 |
| CARO PUBLISHING CO, INC. | 2,674.92 |
| CARTER HUBBARD PUBLISHING CO INC | 31,738.58 |
| CARTERET PUBLISHING CO INC | 9,698.30 |
| CARTERSVILLE NEWSPAPERS INC | 9,752.25 |
| CASA GRANDE VALLEY NEWSPAPERS INC | 2,685.17 |

| EXHIBIT A | |
|---|---|
| **Defendant** | **Amount** |
| CBA INDUSTRIES | 279,318.00 |
| CENTRAL MAINE MORNING SENTINEL | 37,620.11 |
| CENTRALIA DLY CHRONICLE | 14,790.04 |
| CHAMPAIGN NEWS GAZETTE | 124,163.75 |
| CHAMPION NEWSPAPER | 2,190.00 |
| CHARLESTON NEWSPAPERS | 197,578.58 |
| CHATSWORTH TIMES | 3,485.72 |
| CHATTANOOGA PUBLISHING CO | 294,174.84 |
| CHESAPEAKE PUBLISHING CO | 38,547.17 |
| CHESAPEAKE PUBLISHING CORP | 15,256.37 |
| CHICAGO CITIZEN NEWSPAPERS | 8,282.40 |
| CHICAGO CRUSADER | 4,092.90 |
| CHICAGO DAILY DEFENDER | 3,528.00 |
| CHICAGO SUN TIMES INC | 716,753.83 |
| CHRONICLE INDEPENDENT | 7,465.65 |
| CHRONICLE TELEGRAM aka Elyria-Lorain Broadcasting Company | 24,923.46 |
| CHRONOTYPE PUBLISHING CO | 11,301.06 |
| CITIZEN VOICE | 19,742.25 |
| CITIZENS PUBL & PRINTING CO | 5,564.08 |
| Citizens Realty Company dba SPOKESMAN REVIEW | 370,923.28 |
| CLARKSBURG PUBLISHING CO | 22,923.72 |
| CLEVELAND LIFE | 3,309.60 |
| Cleveland Newspapers Inc dba DAILY MOUNTAIN EAGLE | 11,094.82 |
| CLEVELAND NEWSPAPERS, INC. dba HERALD CITIZEN and CLEVELAND DAILY BANNER | 40,467.12 |
| CLINTON COURIER NEWS, LLC | 4,770.90 |
| CLINTON DAILY NEWS COMPANY | 8,132.02 |
| COASTLAND TIMES | 4,300.00 |
| COLUMBIA BASIN HERALD | 27,184.65 |
| COMMERCIAL DISPATCH AND PUBLISHING COMPANY, INC | 18,251.10 |
| COMMERCIAL NEWS | 23,585.00 |
| Commonwealth Holdings of Kentucky LLC, dba RICHMOND REGISTER, TIMES TRIBUNE, DAILY NEWS, THE SENTINEL ECHO and COMMONWEALTH JOURNAL INC. | 107,023.99 |
| COMMUNITY NEWSPAPER HOLDINGS, INC. dba CROSSVILLE CHRONICLE | 11,243.70 |
| Community Newspaper Holdings, Inc. dba GREENVILLE HERALD BANNER | 9,360.73 |
| Community Newspaper Inc. dba ENID NEWS AND EAGLE | 21,995.40 |
| Community Newspapers Holdings, Inc. dba NORTH JEFFERSON NEWS | 2,145.60 |
| COMMUNITY NEWSPAPERS INC, AMERICAN PUBLISHING COMPANY OF INDIANA dba GREENSBURG DAILY NEWS, CHIEFTAIN & TOCCOA RECORD, UNION RECORDER | 129,135.74 |
| Community Newspapers, Incorporated dba MERIDIAN STAR | 17,556.21 |
| COMMUNITY SHOPPERS INC | 27,769.51 |
| CONROE COURIER | 11,365.40 |
| Consolidated Publishing Co dba ANNISTON STAR | 28,354.28 |
| CONSUMER COMMUNICATION SERVICES INC | 40,394.17 |
| Cooke Communications LLC dba KEY WEST CITIZEN | 15,156.23 |
| CORNING DAILY OBSERVER, INC. | 5,703.60 |
| CORTLAND STANDARD PRINTING COMPANY   DISMISSED | 17,642.95 |
| Council Bluffs Nonpareil LLC dba DAILY NONPAREIL | 22,229.74 |
| COUNTRY MEDIA, INC. dba FARMER & RANCHER EXCHANGE   DISMISSED | 5,482.50 |
| COUNTRY NEWS PRESS | 2,380.00 |
| COUNTY PRESS | 2,138.40 |
| COURIER EXPRESS | 24,170.57 |
| COURIER LIFE, INC. | 6,132.00 |
| COVINGTON NEWSPAPER COMPANY, INC. | 3,174.60 |
| CRAIG DAILY PRESS | 10,015.00 |
| CRESCENT COMMUNICATIONS INC | 27,145.84 |
| CULLMAN TIMES | 33,314.99 |
| D L PRINTING | 31,959.05 |
| DAILY AMERICAN REPUBLIC | 12,733.20 |
| DAILY GAZETTE | 7,734.04 |
| Daily Gazette Co., Inc. dba GAZETTE NEWSPAPERS | 62,153.38 |
| DAILY INDEPENDENT | 8,440.69 |
| DAILY ITEM | 16,332.00 |
| DAILY JOURNAL | 135,543.29 |
| DAILY JOURNAL CORP. | 9,743.19 |
| DAILY NEWS | 290,433.80 |

| EXHIBIT A | |
|---|---|
| Defendant | Amount |
| DAILY NEWS | 36,686.29 |
| DAILY NEWS JOURNAL | 16,162.45 |
| DAILY NEWS PUBLISHING CO | 19,869.95 |
| DAILY PRESS | 5,043.67 |
| DAILY REVIEW | 40,330.62 |
| DAILY SENTINEL | 13,744.93 |
| DAILY SOUTHERNER | 5,015.75 |
| DAILY TELEGRAM | 10,353.19 |
| DAILY TIMES | 12,651.15 |
| DAILY TIMES | 10,951.20 |
| Data Enterprises, Inc. dba DATA NEWSWEEKLY | 5,418.00 |
| DEFIANCE PUBLISHING CO | 52,131.40 |
| Denham Springs Publishing Company, Inc. dba NEWS LIVINGSTON PARISH | 10,787.20 |
| Dennis Waller Communications, Inc. dba ALGONA PUBLISHING CO | 30,688.86 |
| DFW COMMUNITY NEWSPAPERS, INC | 7,737.58 |
| DICKINSON NEWSP | 29,861.88 |
| DICKSON SHOPPER | 6,753.70 |
| DISPATCH CONSUMER SERVICES INC | 73,143.70 |
| DISPATCH MORGAN HILL TIMES aka El Dorado Newspapers | 30,215.81 |
| DOOR DIRECT, INC | 8,472.00 |
| DOUGLAS ENTERPRISES, INC. | 7,011.00 |
| DR Partners dba HAWAII TRIBUNE HERALD and WEST HAWAII TODAY | 54,182.89 |
| DUBIN COURIER HERALD | 15,967.00 |
| DURANGO HERALD, INC. | 11,936.85 |
| DURANT DAILY DEMOCRAT | 6,854.60 |
| EAGLE HERALD PUBLISHING | 29,963.82 |
| Eagle Newspapers Inc dba DALLES CHRONICLE | 9,687.43 |
| EAGLE PRINTING CO | 13,562.03 |
| EAGLE PUBLICATIONS, INC | 3,448.60 |
| EAGLE TRIBUNE PUBLISHING COMPANY | 47,846.16 |
| Eagle-Summit Publishing Co. dba DAILY TIMES CALL | 23,577.20 |
| Eastern Colorado Publishing Company dba FORT MORGAN TIMES | 26,074.31 |
| EAU CLAIRE PRESS COMPANY | 35,168.08 |
| EDINBURG DAILY REVIEW | 3,060.30 |
| EDITORA PASO DEL NORTE INC. dba DIARIO DE JUAREZ | 36,597.00 |
| EFFINGHAM DAILY NEWS | 14,335.85 |
| EL DIA INC | 419,293.80 |
| EL IMPARCIAL PUBLISHING CO INC | 3,388.00 |
| EL TODO | 6,000.00 |
| ELIZABETHTON NEWSPAPERS INC | 38,414.70 |
| ELK CITY NEWS aka The Elk City Daily News Publishing Company | 6,444.00 |
| ELKHART TRUTH | 23,964.77 |
| ELKO DAILY FREE PRESS | 10,731.38 |
| ELWOOD CALL LEADER | 2,781.50 |
| ENTERPRISE | 46,509.95 |
| ERIE TIMES NEWS FINANCE | 187,574.90 |
| EVENING NEWS INC aka Community Newspaper Holdings of Indiana LLC | 2,481.75 |
| EVENING POST PUBLISHING COMPANY dba POST AND COURIER | 296,585.61 |
| Examiner Publishing Company dba EXAMINER | 8,985.15 |
| EXPRESS | 39,908.17 |
| FAIRBANKS DAILY NEWS MINER, INC. | 137,490.60 |
| FAIRBANKS DAILY NEWS MINER, INC. | 12,499.20 |
| Fairfield Publishing Co dba DAILY REPUBLIC | 23,352.35 |
| FAYETTEVILLE PUBLISHING COMPANY | 44,664.76 |
| FINDLAY PUBLISHING COMPANY | 25,988.12 |
| FLORIDA SUN PUBLICATIONS, INC. | 9,595.23 |
| FORSYTH COUNTY NEWS | 11,979.80 |
| Fort Payne Newspapers, Inc dba TIMES JOURNAL | 7,029.03 |
| FORUM | 116,494.30 |
| Forum Communications Company dba WEST CENTRAL TRIBUNE, HASTINGS STAR GAZETTE and ECHO PRESS | 86,865.98 |
| FORWARD TIMES PUBLISHING CO. dba HOUSTON FORWARD TIMES | 2,625.00 |
| Foster, George J. Co., Inc. dba FOSTERS DAILY DEMOCRAT | 20,023.90 |
| FRANK MAYBORN ENTERPRISES, INC DBA TEMPLE DAILY TELEGRAM, KILEEN PUBLISHING CO. | 35,101.67 |
| Frankfort Publishing Co. dba FRANKFORT PUBLISHING STATE JOURNAL | 7,221.20 |
| FREE TIMES | 1,890.00 |
| FREEDOM ENC COMMUNICATIONS  (Kinston) | 16,360.10 |

| EXHIBIT A | |
| --- | --- |
| Defendant | Amount |
| FREEMAN NEWSPAPERS INC, CITIZENS PUBLISHING COMPANY OF WISCONSIN INC | 8,124.65 |
| G & D, Inc., dba Horowitz Nespapers, Inc. dba KING COUNTY JOURNAL | 28,884.12 |
| Galveston Newspapers, Inc dba GALVESTON DAILY NEWS | 11,634.00 |
| | 10,236.17 |
| GAZETTE | 120,348.53 |
| Gazette Communications, Inc. dba CEDAR RAPIDS GAZETTE | |
| Georgetown Newspapers, Inc. dba GEORGETOWN NEWS GRAPHIC, SCOTT SHOPPER | 5,045.00 |
| | 11,896.98 |
| GLASGOW PUBLISHING CO | 6,491.20 |
| GLENDIVE RANGER REVIEW | 132,197.30 |
| GLOBE SPECIALTY PRODUCTS, INC. | 32,269.48 |
| GOLDSBORO NEWS ARGUS | 7,180.00 |
| GRAND HAVEN PUBLISHING CORP | 5,409.00 |
| GRAND RAPIDS HERALD REVIEW | 24,492.90 |
| Gray Television Inc dba GWINNET DAILY POST | 17,447.55 |
| GREAT BARRINGTON SHOPPERS GUIDE | 6,172.06 |
| Great Northern Publishing Inc dba SANILAC COUNTY NEWS | |
| Greater Philadelphia dba BURLINGTON COUNTY TIMES, South Dade Newspapers Inc. dba SOUTH DADE NEWS LEADER, HERALD STANDARD, and BEAVER COUNTY TIMES | 427,620.45 |
| | 112,160.71 |
| Greeley Publishing Co. dba GREELEY DAILY TRIBUNE | 3,429.00 |
| GREEN BAY NEWS CHRONICLE | 14,515.17 |
| GREENEVILLE PUBLISHING CO. dba GREENEVILLE SUN | 6,336.00 |
| GREER CITIZEN | 108,928.51 |
| GUAM PUBLICATION PACIFIC DAILY NEWS | 18,828.88 |
| Hagadone Corp dba COEUR D ALENE PRESS | 18,909.25 |
| Hagadone Montana Publishing LLC dba DAILY INTERLAKE | 3,898.45 |
| Harris Enterprises, Inc. dba OLATHE DAILY NEWS | 9,300.60 |
| HARRISON DAILY TIMES | 59,626.67 |
| HAZARD SHOPPER STOPPER aka Community Newspaper Holdings, Inc. | 16,406.28 |
| HERALD & NEWS | 60,801.26 |
| HERALD AND SUN PAPERS | 27,897.34 |
| Herald Association, Inc. dba RUTLAND HERALD | 29,087.20 |
| HERALD BULLETIN | 20,041.85 |
| HERALD COASTER | 105,420.14 |
| HERALD DEMOCRAT | 4,520.00 |
| HERALD DISPATCH PUBLISHING CO INC | 2,188.00 |
| HERALD JOURNAL | 23,624.50 |
| HERALD PUBLISHING COMPANY | 27,766.45 |
| HERALD TIMES INC | 3,895.90 |
| HERALD TRIBUNE | 64,162.28 |
| Heritage Network Incorporated | 8,672.79 |
| HI DESERT STAR | 111,243.12 |
| HOMETOWN COMMUNICATIONS NETWORK, INC. | 4,410.75 |
| Hopewell Publishing Co. dba HOPEWELL NEWS | 6,689.90 |
| Horizon California Publications Inc dba MAMMOTH TIMES WEEKLY | 12,045.84 |
| Horizon Ohio Publications Inc dba EVENING LEADER | 3,696.00 |
| HOUSTON DEFENDER NEWSPAPER, INC. | 4,905.60 |
| HOUSTON INFORMER & TEXAS FREEMAN | 6,220.38 |
| Huckle Publishing, Inc dba FARIBAULT DAILY NEWS | 2,551.50 |
| HUDSON CATSKILL NEWPAPERS | 8,061.70 |
| Huntington Newspapers Inc dba HUNTINGTON HERALD PRESS | 18,215.30 |
| Huron Publishing Company, Inc. dba THE HURON DAILY TRIBUNE | 18,541.61 |
| IDAHO PRESS TRIBUNE, INC. | 31,234.82 |
| IDAHO STATE JOURNAL, INC. | 20,055.04 |
| Illinois Freedom Newspapers, Inc. dba JACKSONVILLE JOURNAL COURIER CO | 17,342.75 |
| IMPACT OF HATTIESBURG BUCKLEY NEWS | 30,554.10 |
| INDEPENDENT OF DELMARVA | 14,712.61 |
| INDEX JOURNAL CO | 24,411.52 |
| INDIANA GAZETTE | 18,226.55 |
| Indianola Publishing Company dbai DELTA DEMOCRAT TIMES | 7,924.00 |
| INTELLIGENCER RECORD | 3,150.00 |
| ISLAND SUN NEWSPAPER | 26,284.80 |
| J Ad Graphics, Inc dba HASTINGS REMINDER | 3,710.00 |
| JACKSONVILLE FREE PRESS | 25,087.69 |
| Jacksonville DAILY NEWS | 32,832.00 |
| JAIME G ARIAS | 18,604.40 |
| JAMESTOWN SUN | |

| EXHIBIT A | |
|---|---|
| Defendant | Amount |
| JANESVILLE GAZETTE | 87,152.04 |
| JEFFERSON COUNTY REPORTER-ADVERTISER, INC. | 13,898.58 |
| JOHNSON CITY PUBLISHING CORPORATION dba JOHNSON CITY PRESS CHRONICLE | 99,018.79 |
| Johnson Newspaper Corporation dba MALONE EVENING TELEGRAM | 8,821.26 |
| Journal Communications, Inc. dba JOURNAL WORLD | 21,340.01 |
| JOURNAL SENTINEL INC | 312,775.16 |
| JOURNAL STANDARD | 24,240.28 |
| KEARNEY HUB | 8,270.38 |
| KEENE PUBLISHING CORPORATION | 11,883.25 |
| KENTON TIMES aka Barnes, Ray Newspaper Inc. | 15,429.50 |
| KENTUCKY NEW ERA, INCORPORATED | 15,370.38 |
| Keynoter Publishing Company, Inc.dba FLORIDA KEYS KEYNOTER | 10,240.24 |
| King Media Enterprises, Inc. dba CALL AND POST | 4,870.60 |
| KINGSPORT PUBLISHING CORPORATION | 67,701.78 |
| LA GRANGE DAILY NEWS aka Mid-South Management Co., Inc. | 14,649.94 |
| LA PERLA | 13,840.00 |
| LA PORTE HERALD ARGUS | 13,058.57 |
| LA SEMANA | 13,127.40 |
| LAFOURCHE GAZETTE, INC. | 12,217.56 |
| LAKELAND NEWSPAPERS aka Lakeland Publishers, Inc. | 5,759.80 |
| LAKESHORE NEWSPAPERS LLC aka Conley Publishing Group Ltd | 26,571.47 |
| LAKEWAY PUBLISHERS, INC. dba TULLAHOMA NEWS and CITIZEN TRIBUNE | 43,180.96 |
| LANCASTER NEWSPAPERS INC | 245,694.26 |
| LARAMIE NEWSPAPERS INC | 8,660.00 |
| LAS VEGAS REVIEW JOURNAL | 695,991.06 |
| LATROBE BULLETIN | 15,429.80 |
| LAURINBURG EXCHANGE | 28,144.50 |
| LAWRENCE COUNTY ADVOCATE, INC. | 14,510.20 |
| LAWTON PUBLISHING COMPANY INC | 18,957.00 |
| LEADER | 17,927.25 |
| LEADER PUBLISHING INC | 21,949.00 |
| LEBANON DAILY NEWS | 22,634.05 |
| LEBANON PUBLISHING COMPANY, INC. dba LEBANON DEMOCRAT | 3,791.20 |
| Lee Publications, Inc. dba CASPER STAR TRIBUNE, NORTH COUNTY TIMES | 125,322.00 |
| Lee Publications, Inc. dba TIMES AND DEMOCRAT | 15,895.96 |
| Leesburg Newspapers, Inc. dba DAILY COMMERCIAL | 32,794.17 |
| Lehman Communications Corporation dba DAILY REPORTER HERALD | 30,214.89 |
| Lewiston Daily Sun dba SUN JOURNAL | 44,326.64 |
| LEWISTOWN SENTINEL | 8,872.20 |
| Liberty Advertising, Inc., Liberty Group Lousiana Holdings, Inc., Liberty Publishing, Inc. dba DAILY REVIEW ATLAS,LEAVENWORTH NEWS, DAILY REPORTER, DAILY LEADER, NEWS LEADER, INC, DAILY LEDGER, PALLADIUM TIMES, DAILY TIMES, EVENING TIMES, SENTINEL STANDARD, DAILY MIDWAY DRILLER, DAILY JOURNAL, MACOMB JOURNAL-EVENING BUSINESS NEWS, EVENING TELEGRAM, RECORD HERALD PUBLISHING CO, C193KANSAS CITY KANSAN, DAILY TELEGRAM (aka Ace D-lll Corporation of Adrian MI), HARRISBURG DAILY REGISTER, THE ASCENSION CITIZEN, INC., WAYNE INDEPENDENT, and EVENING TRIBUNE and Mid-America Publishing Company dba CHARLES CITY PRESS, Liberty Group Iowa-Holdings, inc. dba THE OTTUMWA COURIER, APC Missouri Holdings, Inc. dba ROLLA DAILEY NEWS | 301,333.64 |
| LODI NEWS SENTINEL | 13,162.69 |
| LOG CABIN DEMOCRAT, LLC | 9,602.80 |
| LONE STAR NEWS GROUP | 6,745.80 |
| LOS ANGELES SENTINEL, INC. | 3,570.00 |
| LOS ANGELES TIMES INTERNATIONAL, LTD. | 3,951.03 |
| Lozano Enterprises dba LA OPINION | 55,800.32 |
| MACON COURIER, INC. | 2,083.20 |
| MAIL MARKETING SYSTEMS, INC. | 58,715.00 |
| MAIN STREET NEWSPAPERS, INC | 10,376.04 |
| MANCHESTER NEWSPAPERS, INC. | 25,353.07 |
| MANNEY'S SHOPPER INC | 8,929.77 |
| MASSILLON INDEPENDENT | 11,472.00 |
| MAYSVILLE NEWSPAPERS, INC. | 17,592.06 |
| MEADVILLE TRIBUNE | 14,495.40 |
| MEDIA GENERAL N CAROLINA COMMUNITY | 21,510.40 |
| MESABI PUBLISHING COMPANY | 12,949.90 |
| MESSENGER POST NEWSPAPERS | 11,920.74 |

| EXHIBIT A | |
|---|---|
| Defendant | Amount |
| | 3,005.10 |
| MIAMI TIMES, INC. | 38,150.08 |
| MIDDLESBORO DAILY NEWS aka Community Newspaper Holdings, Inc. | 25,872.26 |
| Mid-Iowa Newspaper Group, Inc. dba ATLANTIC NEWS TELEGRAPH | 22,735.82 |
| Midland Publishing Company, Inc. dba MIDLAND DAILY NEWS | 6,593.30 |
| Mid-States Newspapers, Inc dba DAILY ITEM | 42,378.59 |
| MIDWEST SUBURBAN PUBLISHING, INC. | 5,803.57 |
| MILTON NEWSPAPERS INC. | 15,294.96 |
| MINIPAPER BUYERS GUIDE | 2,975.00 |
| MINORITY COMMUNICATOR aka THE MINORITY COMMUNICATOR TIMES | 41,923.29 |
| MITCHELL DAILY REPUBLIC | 116,034.03 |
| MOLINE DISPATCH PUBLISHING CO | 28,564.23 |
| Monroe Publishing Company dba THE MONROE EVENING NEWS | 16,953.00 |
| MONTICELLO TIMES INC | 29,034.82 |
| Morgan Cable TV Inc dba DECATUR DAILY | 52,893.22 |
| MORNING NEWS | 15,260.85 |
| MORNING SENTINEL | 263,225.01 |
| MORNING STAR PUBLISHING CO | 8,879.50 |
| Morning Star Publishing Company dba BUYERS GUIDE | |
| Mother Lode Printing & Publishing Co., Inc. dba MOUNTAIN DEMOCRAT AND TIMES | 43,544.83 |
| MOUNT AIRY NEWS | 32,235.20 |
| MOUNTAINEER | 8,799.70 |
| MOUNTAINEER PUBLISHING CO INC | 8,354.26 |
| MT VERNON REGISTER NEWS | 15,212.25 |
| N DIGO | 10,500.00 |
| NASHVILLE PRIDE | 4,104.00 |
| NATIONAL MAIL IT INC | 7,850.24 |
| Neighbor Newspapers, Inc. dba MARIETTA DAILY JOURNAL | 17,166.41 |
| Nevada County Publishing Co dba UNION | 21,551.08 |
| NEW CASTLE NEWS | 27,963.70 |
| New Regime Press, Inc. dba MOLOKAI DISPATCH | 3,437.50 |
| NEWS & OBSERVER | 12,124.10 |
| NEWS BANNER PUBLICATIONS, INC. | 4,442.64 |
| NEWS CHIEF PUBLISHING GROUP | 11,322.27 |
| NEWS DAILY | 9,422.97 |
| NEWS HERALD | 2,036.31 |
| NEWS JOURNAL CORPORATION | 320,855.14 |
| NEWS MEDIA CORPORATION dba PLAINSMAN, BROOKINGS DAILY REGISTER | 17,198.06 |
| NEWS PUBLISHING COMPANY INC | 98,363.40 |
| NEWS REPORTER CO INC | 6,878.40 |
| NEWS TIMES PUBL CO | 11,091.82 |
| NEWS TOPIC | 11,958.41 |
| NEWS TRIBUNE | 23,119.63 |
| NEWS TRIBUNE COMPANY | 22,850.09 |
| NEWS WEST PUBLISHING, INC. | 11,791.84 |
| NEWSPAPER AGENCY CORP (Salt Lake Tribune) | 382,596.95 |
| Newspaper Holdings Inc dba TIMES WEST VIRGINIAN | 57,267.40 |
| NEWSPAPER HOLDINGS, INC. dba SAN MARCOS DAILY RECORD, ORANGE LEADER, GAINNESVILLE DAILY REGISTER, CORSICANNA DAILY SUN | 116,020.12 |
| Newspapers Holding, Inc. dba PORT ARTHUR NEWS | 113,154.42 |
| Newspapers of New Hampshire, Inc. dba CONCORD MONITOR, VALLEY NEWS and MONADNOCK LEDGER | 44,131.43 |
| NORTH GEORGIA NEWSPAPER GROUP, INC. | 13,211.50 |
| NORTH STAR PUBLISHING CO, INC. | 18,975.43 |
| NORTHEAST PUBLISHING CO | 4,666.01 |
| Northwest Indiana Newspapers Inc dba PHAROS TRIBUNE | 10,949.32 |
| NORWALK REFLECTOR aka Herald Reflector Inc | 4,980.92 |
| NW ARKANSAS DEMOCRAT GAZETTE | 132,946.02 |
| NYP Holdings, Inc. dba NEW YORK POST | 78,852.70 |
| NYT SANTA BARBARA NEWS PRESS, INC. | 24,649.75 |
| OGDEN PUBLISHING CORPORATION | 68,516.60 |
| OLEAN TIMES HERALD | 18,021.02 |
| OMAHA WORLD HERALD COMPANY | 377,236.02 |
| OSTEEN PUBLISHING COMPANY | 18,722.65 |
| Pacific Sierra Publishing, Inc. dba SIGNAL | 4,690.30 |
| Paddock Publications, Inc. dba DAILY HERALD PADDOCK | 78,444.03 |
| PAGAS MAILING SERVICES | 15,955.92 |
| PAN AMERICAN ADVERTISING | 2,015.00 |

| EXHIBIT A | |
|---|---|
| Defendant | Amount |
| PARADISE POST, INC. | 21,361.90 |
| Park County News Inc dba LIVINGSTON ENTERPRISE | 5,196.75 |
| Parsons Publishing Company dba PARSONS SUN | 2,695.15 |
| PATRIOT LEDGER aka Enterprise News Media LLC | 47,470.32 |
| Paxton Media Group, Inc., PMG Acquisition LLC, SEARCY NEWSPAPERS INC, WABASH PLAIN DEALER COMPANY, INC., PERU DAILY TRIBUNE PUBLISHING COMPANY, INC., CONNERSVILLE NEWS EXAMINER, ENQUIRER JOURNAL, NEWS DISPATCH, FOREST CITY PUBLISHING COMPANY, COURIER DEMOCRAT, SANFORD HERALD INC, MOUNTAIN PRESS, GRIFFIN DAILY NEWS, PADUCAH SUN, MESSENGER INQUIRER INC., NEWSPAPERS OF WEST GEORGIA, HIGH POINT ENTERPRISE INC, and DAILY CORINTHIAN | 239,747.68 |
| Pend Oreille Printers, Inc dba BONNER COUNTY DAILY BEE | 22,597.30 |
| PERRY NEWSPAPERS, INC. | 9,045.35 |
| PHILADELPHIA NEW OBSERVER INC | 6,720.00 |
| PHILADELPHIA TRIBUNE | 14,238.00 |
| PILOT NEWS aka Community Newspaper Holdings of Indiana LLC | 4,431.10 |
| PINE BLUFF COMMERCIAL | 10,827.13 |
| PIONEER | 15,957.49 |
| Pioneer Newspapers, Inc dba HERALD JOURNAL | 20,416.12 |
| Pioneer Printing Company, Inc dba KETCHIKAN DAILY NEWS | 11,965.40 |
| POST ATHENIAN COMPANY LLC dba DAILY POST ATHENIAN | 26,830.35 |
| POST BULLETIN COMPANY | 54,038.01 |
| POST NEWSPAPER GROUP INC. | 2,828.00 |
| POST STAR | 51,584.22 |
| POST TRIBUNE (Gary, IN) | 192,322.66 |
| POTTSVILLE REPUBLICAN | 23,875.36 |
| PRECINCT REPORTER NEWSPAPER, INC. | 2,205.00 |
| Prensamerica Corporation dba LA RAZA NEWSPAPER | 49,269.00 |
| PRESS & STANDARD INC | 15,415.58 |
| PRESS ENTERPRISE COMPANY | 378,513.46 |
| PRESS ENTERPRISE INC | 26,204.44 |
| PRESS SENTINEL | 8,985.63 |
| PRIME PUBLISHERS INC | 23,824.25 |
| PRIMERA HORA | 52,692.00 |
| PRINCETON PUBLISHING INC | 8,851.80 |
| PROGRESS INDEX | 16,555.63 |
| PROGRESSIVE COMMUNICATIONS CORP | 8,575.76 |
| PROMOCIONES COQUI | 35,988.75 |
| PROVIDENCE JOURNAL CO | 223,621.45 |
| Pulitzer Community Newspapers, Inc dba LOMPAC RECORD | 15,006.82 |
| QUALITY FOR SALE | 66,317.00 |
| Quincy Newspapers, Inc. dba QUINCY HERALD WHIG | 35,185.58 |
| Randall Family LLC dba THE FREDERICK NEWS POST | 20,609.00 |
| RAPID PUBLISHING INC | 2,520.00 |
| REACH CHICAGO | 64,473.18 |
| READING EAGLE COMPANY | 166,823.74 |
| RECORD HERALD | 7,942.95 |
| RECORD JOURNAL | 49,518.87 |
| RECORD PUBLISHING CO | 18,516.67 |
| REED PRINT INC | 6,904.38 |
| Reed Print, Inc dba DELANO RECORD | 15,471.80 |
| REGISTER GUARD aka Guard Publishing Company | 84,629.71 |
| REGISTER PAJARONIAN | 7,733.33 |
| REGISTER REVIEW PUBLISHING CO | 6,101.53 |
| REPORTER | 11,336.85 |
| Reporter Publishing Company, Inc. dba INDEPENDENCE DAILY REPORTER | 8,040.51 |
| REPORTER TIMES INC | 6,363.70 |
| REPOSITORY | 41,330.18 |
| REPUBLIC | 25,380.32 |
| REPUBLICAN EAGLE | 9,012.24 |
| REVIEW APPEAL | 6,617.45 |
| River Publishers, INC. dba WHARTON JOURNAL SPECTATOR | 4,214.50 |
| RIVERTON RANGER | 25,836.14 |
| ROANOKE RAPIDS HERALD | 5,359.90 |
| ROBESONIAN | 22,093.35 |
| ROCK SPRINGS NEWSPAPERS INC | 7,830.00 |
| ROCKDALE CITIZEN | 3,888.00 |
| ROCKINGHAM PUBLISHING COMPANY, INC. DBA DAILY NEWS RECORD | 39,419.94 |

| Defendant | Amount |
|---|---|
| EXHIBIT A | |
| Rockman Communications Inc dba TRI COUNTY TIMES | 8,675.34 |
| ROGERSVILLE REVIEW | 7,428.84 |
| ROME SENTINEL COMPANY | 13,539.46 |
| ROSWELL DAILY RECORD, INC. | 5,703.09 |
| Rueb Williams & Sons, Inc aka WARSAW TIMES UNION | 12,287.15 |
| RUSSELL COUNTY NEWSPAPERS, INC. | 9,744.40 |
| Rust Publishing ID, LLC dba MOUNTAIN HOME NEWS | 2,520.00 |
| RUSTON NEWSPAPERS, INC. | 4,258.50 |
| SALINA JOURNAL INC. | 20,514.88 |
| SALISBURY POST | 20,729.48 |
| SAMPSON INDEPENDENT | 9,888.08 |
| SAN FRANCISCO EXAMINER | 81,542.43 |
| SAN FRANCISCO NEWSPAPER AGENCY | 224,968.81 |
| SAN JUAN STAR | 52,168.00 |
| SANDUSKY NEWSPAPERS INC | 13,988.22 |
| SANTA MARIA TIMES, INC. | 3,784.40 |
| SAPULPA DAILY HERALD aka Community Newspaper, Inc. | 2,475.36 |
| SCOTTSBLUFF PUBLISHING COMPANY, INC. dba STAR HERALD | 30,034.79 |
| SCRANTON TIMES | 71,473.88 |
| SEATTLE MEDIUM | 3,780.00 |
| SEAWAVE CORPORATION | 10,094.70 |
| SENTINEL | 8,647.57 |
| SENTINEL | 2,800.00 |
| SENTINEL RECORD INC | 19,976.45 |
| SHELBYVILLE PUBLISHING COMPANY, INC. dba SHELBYVILLE TIMES GAZETTE | 2,687.94 |
| SHENANDOAH PUBLISHING HOUSE, INC. DBA NORTHERN VIRGINIA DAILY | 13,730.35 |
| Sheridan Newspapers Incorporated dba SHERIDAN PRESS | 14,054.50 |
| SIDNEY DAILY NEWS aka Amos Press, Inc | 7,386.10 |
| Skagit Valley Publishing Co. dba SKAGIT VALLEY HERALD | 19,999.87 |
| Snyder Communications, Inc. dba PENNYSAVER | 20,139.10 |
| SOUND PUBLISHING | 11,116.83 |
| SOUTH BEND TRIBUNE CORP | 87,073.11 |
| SOUTH CAROLINA BLACK MEDIA GROUP | 4,200.00 |
| SOUTH GEORGIA MEDIA GROUP | 72,076.60 |
| SOUTH IDAHO PRESS | 11,602.67 |
| SOUTH JERSEY PUBLISHING PRESS | 95,598.02 |
| Southeaster Indiana Publishing Co dba RUSHVILLE REPUBLICAN | 2,971.90 |
| Southeastern Newspapers Companies LLC dba  AUGUSTA CHRONICLE | 211,347.24 |
| SOUTHERN LAKES MEDIA | 13,987.20 |
| SOUTHERN MARYLAND | 11,573.50 |
| SOUTHERN MARYLAND NEWSPAPERS | 3,287.15 |
| Southern Newspapers dba TEXAS CITY SUN, KERRVILLE DAILY TIMES, NEW BRAUNFELS HERALD & ZEITUNG, PARIS NEWS, SEGUIN GAZETTE ENTERPRISES, BAYTOWN SUN, DEL RIO NEWS HERALD, and Southern Newspapers of Alabama, Inc., dba SAND MOUNTAIN REPORTER, and SCOTTSBORO NEWSPAPERS INC | 87,663.50 |
| SOUTHWEST TIMES | 4,337.97 |
| ST CROIX DAILY | 48,049.38 |
| ST THOMAS DAILY | 31,025.00 |
| STANDARD JOURNAL NEWSPAPERS aka Standard Journal, Inc | 4,519.00 |
| STANLY NEWS & PRESS | 9,240.00 |
| STAR | 10,796.05 |
| STEAMBOAT PILOT | 4,824.00 |
| STEPHENS GROUP, INC. dba DAILY HERALD | 18,800.08 |
| STONEBRIDGE PRESS INC | 24,332.62 |
| STURGIS DAILY JOURNAL | 6,523.70 |
| SUBURBAN STRATEGIC MKTG GROUP | 29,209.40 |
| SUN CHRONICLE | 22,207.15 |
| Sun Coast Media Group, Inc.VENICE GONDOLIER | 27,785.75 |
| Sun Publishing Corporation dba HOBBS DAILY NEWS SUN | 11,841.04 |
| SUN REPORTER  PUBLISHING COMPANY, INC. | 3,780.00 |
| SUNDAY DISPATCH | 3,834.90 |
| SVCN, INC. | 5,454.00 |
| SWEETWATER REPORTER | 3,392.95 |
| Swift Newspapers Inc dba NEVADA APPEAL | 66,287.24 |
| TARGET MARKETING MAINE INC | 12,332.79 |
| TEHACHAPI NEWS | 10,108.00 |
| TELEGRAPH PUBLISHING CO | 24,515.81 |

| EXHIBIT A | |
|---|---|
| Defendant | Amount |
| TEXARKANA NEWSPAPERS, INC | 32,442.10 |
| The American Publishing Corporation dba DIARIO LAS AMERICAS | 38,545.50 |
| THE ARGUS PRESS COMPANY | 11,000.10 |
| THE ATASCADERO NEWS | 7,987.30 |
| THE ATLANTA VOICE NEWSPAPERS, INC. | 4,725.00 |
| The B.F. Shaw Printing Company dba SAUK VALLEY NEWSPAPERS | 21,273.50 |
| THE BAINBRIDGE POST SEARCHLIGHT, INC. | 22,776.00 |
| THE BAKERSFIELD CALIFORNIAN | 166,488.44 |
| The Bangor Publishing Company dba BANGOR DAILY NEWS | 121,352.70 |
| THE BRYAN PUBLISHING COMPANY | 37,464.44 |
| THE BURLINGTON HAWK EYE COMPANY | 23,770.65 |
| THE CHARLOTTE POST PUBLISHING COMPANY, INC. | 2,265.90 |
| The Coffeyville Publishing Co. dba COFFEYVILLE JOURNAL | 5,165.44 |
| The Columbian Publishing Company dba COLUMBIAN | 68,957.04 |
| THE COVINGTON VIRGINIAN, INC. dba VIRGINIAN REVIEW | 7,458.22 |
| The Daily Herald Company dba EVERETT HERALD | 82,449.28 |
| THE DALLAS WEEKLY, INC. dba WEEKLY FREE PRESS | 2,646.00 |
| THE DECATUR PUBLISHING CO INC | 5,270.54 |
| THE DEMOCRAT COMPANY | 6,289.25 |
| The Dispatch Printing Company dba COLUMBUS DISPATCH | 351,519.25 |
| THE EDWARD A. SHERMAN PUBLISHING CO. dbaNEWPORT DAILY NEWS | 16,113.93 |
| THE FINGER LAKES PRINTING COMPANY, INC dba FINGER LAKES TIMES | 47,795.31 |
| THE FREE-LANCE STAR PUBLISHING CO. OF FREDERICKSBURG, VA | 32,214.80 |
| THE GONZALES WEEKLY INC | 18,194.10 |
| THE HERALD MAIL COMPANY | 42,362.55 |
| THE HERALD PALLADIUM | 25,989.14 |
| THE HILLSBORO PUBLISHING COMPANY | 49,114.77 |
| THE HUTCHINSON LEADER, INC. | 15,154.20 |
| The Hutchinson Publishing Company dba HUTCHINSON NEWS | 25,268.94 |
| THE JEFFERSONIAN COMPANY | 53,311.17 |
| THE LAKE CHARLES AMERICAN PRESS, L.L.C. | 53,190.80 |
| THE MARTINSVILLE BULLETIN, INC | 23,691.56 |
| The Messenger Publishing Company dba ATHENS MESSENGER | 13,324.02 |
| THE MICHIGAN CHRONICLE PUBLISHING COMPANY | 2,499.00 |
| THE MICHIGAN FRONT PAGE, LLC | 4,895.10 |
| THE NEW MEXICAN, INC. | 27,291.52 |
| THE NEWNAN TIMES-HERALD, INC | 12,899.65 |
| The News Record, Inc dba NEWS RECORD | 17,751.90 |
| THE NEWTON KANSAN, LLC | 3,409.43 |
| THE NORTON PRESS, INC | 32,091.31 |
| The Ohio Valley Publishing Company dba POINT PLEASANT REGISTER, GALLIPOLIS DAILY TRIBUNE | 21,014.90 |
| The Oklahoma Publishing Co dba DAILY OKLAHOMAN | 541,003.32 |
| The Pioneer Group, Inc. dba BIG RAPIDS PIONEER | 6,698.10 |
| THE PORTSMOUTH PUBLISHING COMPANY, INC | 20,965.83 |
| The Post Company dba POST REGISTER | 28,829.16 |
| The Ragan Company DBA THE PILOT | 45,530.41 |
| THE RECORDER, LLC | 12,963.50 |
| The Seaton Publishing Co. dba MANHATTAN MERCURY | 30,439.27 |
| THE SEATON PUBLISHING COMPANY dba HASTINGS DAILY TRIBUNE | 8,598.38 |
| THE SENTINEL COMPANY | 9,987.03 |
| THE SKANNER NEWSPAPER AKA IMM Publications Inc. | 2,590.00 |
| The Standard Printing Company dba DAILY STANDARD | 13,579.88 |
| The Star-Journal Publishing Corporation dba PUEBLO CHIEFTAIN | 40,186.32 |
| THE T.B. BUTLER PUBLISHING COMPANY, INC. dba TYLER MORNING TELEGRAPH | 27,092.10 |
| THE TOLEDO BLADE COMPANY | 403,248.44 |
| The Washington News Publishing Company dba WASHINGTON DAILY NEWS | 10,930.70 |
| The Weatherford News Inc dba WEATHERFORD DAILY NEWS | 5,052.20 |
| THE WINCHESTER SUN Company | 8,665.82 |
| THE CODY ENTERPRISE, LIMITED PARTNERSHIP | 4,890.00 |
| THIEF RIVER FALLS TIMES, INC. | 13,570.49 |
| THOMASVILLE TIMES | 5,905.70 |
| Thomson Newspaper Publishing Company, Inc. dba SOUTHEAST MISSOURIAN | 29,776.94 |
| Thomson Newspapers Inc. dba OELWEIN DAILY REGISTER, STAR BEACON, KOKOMO TRIBUNE, and DAILY GLOBE | 151,887.39 |
| TIMES | 118,514.27 |
| TIMES AND NEWS | 27,002.41 |

| EXHIBIT A | |
|---|---|
| Defendant | Amount |
| TIMES AND NEWS PUBLISHING CO | 6,110.00 |
| TIMES COMMUNITY dba KETTERING OAKWOOD TIMES aka The Brown Publishing Co. | 2,132.00 |
| TIMES GAINSVILLE | 48,114.79 |
| TIMES MAIL | 15,406.80 |
| TIMES NEWS | 8,654.35 |
| TIMES PRESS | 9,034.10 |
| TOOELE TRANSCRIPT BULLETIN aka TOOELE TRANSCRIPT-BULLETIN BENEFIT FUND | 5,408.00 |
| TOWN & COUNTRY SHOPPER | 11,172.20 |
| TRANSYLVANIA TIMES | 6,991.80 |
| TRI LAKES NEWSPAPER INC | 27,693.00 |
| TRIBUNE | 1,611.20 |
| TRIBUNE DEMOCRAT | 48,009.13 |
| Tribune Publishing Company dba COLUMBIA DAILY TRIBUNE | 20,423.00 |
| Tribune Publishing Company dba LEWISTON MORNING TRIBUNE | 15,815.50 |
| TRIBUNE REVIEW | 280,004.72 |
| TRIBUNE STAR PUBLISHING CO, INC | 132,884.85 |
| TROY DAILY NEWS, INC | 7,644.36 |
| U.S. Media Group dba LEDGER DISPATCH | 13,139.50 |
| UNION LEADER CORPORATION | 75,085.98 |
| United Communications, Corp. dba KENOSHA NEWS | 23,408.73 |
| United Publishing Co., Inc. dba ENNIS DAILY NEWS | 2,512.76 |
| VALLEY COURIER aka Alamosa Newspapers Inc | 5,073.50 |
| Valley Newspapers Inc. dba ARTESIA DAILY PRESS | 7,342.19 |
| VALLEY PUBLISHING, INC. | 10,541.60 |
| VENANGO NEWSPAPERS INC | 73,089.26 |
| Verstovia Corporation dba DAILY SITKA SENTINEL & ARROWHEAD | 7,954.46 |
| VINDICATOR PRINTING CO | 103,556.12 |
| VIRGINIA GAZETTE COMPANIES LLC | 6,634.90 |
| VOICE NEWSPAPER | 4,334.40 |
| WABASH VALLEY NEWSPAPER GROUP | 28,743.60 |
| WASHINGTON BALTIMORE SUBURBAN PRESS NETWORK | 81,237.25 |
| WASHINGTON INFORMER | 2,254.00 |
| WATAUGA DEMOCRAT | 18,462.19 |
| WATERBURY REPUBLICAN INCORPORATED | 65,212.07 |
| WATERLOO COURIER, INC. | 23,926.61 |
| WATERTOWN DAILY TIMES | 11,930.49 |
| WATERTOWN PUBLIC OPINION | 14,287.36 |
| WAXAHACHIE NEWSPAPERS, INC. | 4,002.66 |
| WAYNE MEDIA GROUP INC | 2,912.00 |
| Welch Publishing Co dba WELCH DAILY NEWS INC | 4,145.40 |
| WEST VIRGINIA DAILY NEWS | 18,557.55 |
| West Virginia Newspaper Publishing Co. dba DOMINION POST | 81,594.09 |
| Western Newspapers, Inc. dba NAVAHO HOPI OBSERVER | 17,262.90 |
| WESTFIELD EVENING NEWS | 7,380.95 |
| WHITE MOUNTAIN PUBLISHING CO | 29,028.87 |
| Wick Communications dba EASTERN ARIZONA COURIER | 36,852.82 |
| Wick Communications, Inc. DAILY IBERIAN | 14,041.18 |
| Wicks Communication Co. dba SIDNEY HERALD LEADER | 2,330.64 |
| WILLIAMSON DAILY NEWS | 10,525.35 |
| WILSON DAILY TIMES | 16,925.21 |
| Woodward Communications, Inc. dba TELEGRAPH HERALD | 36,976.62 |
| WOODWARD PRINTING SERVICES | 21,006.52 |
| WOOSTER DAILY RECORD, INC | 15,798.94 |
| WORCESTER TELEGRAM & GAZETTE, INC. | 73,828.90 |
| World Companies, Inc. dba STOCKTON RECORD | 143,297.10 |
| World Publishing Co. dba WENATCHEE WORLD | 36,664.33 |
| World Publishing Company dba TULSA WORLD | 146,225.03 |
| WPNC | 25,828.86 |
| WYOMING TRIBUNE EAGLE | 24,360.68 |
| YANKTON DAILY PRESS & DAKOTAN | 28,439.51 |
| YAZOO CITY HERALD, INC. | 2,403.10 |
| YORK NEWSPAPER COMPANY | 57,595.10 |